USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA MARIE HALL,

Plaintiff,

-against-

MARTIN O'MALLEY,

Defendant.

24-CV-03172 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This motion for attorney's fees arising out of a Social Security appeal was referred to Magistrate Judge Valerie Figueredo for a Report and Recommendation ("R&R"). *See* Dkt. Nos. 19, 24. In the R&R filed on August 18, 2026, Judge Figueredo recommended that the motion be granted. *See* Dkt. No. 25.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that there is no clear error on the face of the record. *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

The R&R advised the parties that they had fourteen days from service of the R&R to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *See* Dkt No. 25. In addition, the R&R expressly called Defendant's attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). As of the date of this Order, no objections have been filed and no request for an extension of time to object has been made. Accordingly, Defendant has waived the right to object to the R&R or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the motion and the R&R, unguided by objections, and finds the R&R to be well reasoned and grounded in fact and law. The fee award is reasonable and in line with the representation and results for Plaintiff, there are no indications in the record of any purposeful delay intended to increase the benefits awarded, and the $29,349 award does not constitute a windfall to counsel. Accordingly, the R&R is ADOPTED in its entirety.

The Clerk of Court is respectfully directed to enter judgment in accordance with the R&R and terminate Dkt. No. 19.

Dated: September 3, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge