**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

A NGELA MARIE HALL,

Plaintiff,

-against-

M ARTIN O'MALLEY,

Defendant.

-----------------------------------------------------------------X

24 **CIVIL** 03172 (MMG)

**JUDGMENT**
**For Attorney's Fees and Costs**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 3, 2026, despite the waiver, the Court has reviewed the motion and the R&R, unguided by objections, and finds the R&R to be well reasoned and grounded in fact and law. The fee award is reasonable and in line with the representation and results for Plaintiff, there are no indications in the record of any purposeful delay intended to increase the benefits awarded, and the $29,349 award does not constitute a windfall to counsel. Accordingly, the R&R is ADOPTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

September 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**